Electronically Filed
 Supreme Court
 SCWC-11-0000813
 11-FEB-2013
 01:25 PM

 SCWC-11-0000813

 IN THE SUPREME COURT OF THE STATE OF HAWAI#I

 STATE OF HAWAI#I, Respondent/Plaintiff-Appellee,

 vs.

 SIMBRALYNN L. KANAKA#OLE, Petitioner/Defendant-Appellant.

 CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
 (CAAP-11-0000813; FC-CR NO. 10-1-0246)

 ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

 Petitioner/Defendant-Appellant’s application for writ

 of certiorari filed on December 28, 2012, is hereby rejected.

 DATED: Honolulu, Hawai#i, February 11, 2013.

 Gary C. Zamber /s/ Mark E. Recktenwald
 for petitioner
 /s/ Paula A. Nakayama

 /s/ Simeon R. Acoba, Jr.

 /s/ Sabrina S. McKenna

 /s/ Richard W. Pollack